# EXHIBIT 1

# Bhushan S. Agharkar, M.D.

**<u>Mailing Address</u>**
**4062 Peachtree Road NE, Suite A-203**
**Atlanta, Georgia 30319**
**404.939.6636**
**agharkarmd@gmail.com**

---

**<u>Professional Experience</u>:**

Agharkar and Associates, July 2005-present
Atlanta, GA 30319
Private Practice

Emory University School of Medicine, July 2005-present
Atlanta, GA 30322
Adjunct Assistant Professor

Morehouse School of Medicine, August 2005-present
Atlanta, GA 30310
Assistant Professor
Associate Residency Training Director, 2005-2011
Course Director, *Patient Evaluation and Treatment I and II*, 2005-2013
Course Director, *Business of Medicine*, 2005-2013
Course Director, *Forensic Psychiatry*, 2005-present
Course Director, *Applied Clinical Psychopharmacology*, 2014-present
Faculty Advisor, *Resident Journal Club*, 2005-2011
Member, *Residency Training and Admissions Committee*, 2005-2011

University of California, Berkeley, School of Law, Berkeley, CA
Guest Lecturer, 2022-present

Columbia Law School, New York, NY
Guest Lecturer, 2021-present

Mercer School of Law, Macon, GA
Guest Lecturer, 2020-present

University of Denver School of Law, Denver, CO
Guest Lecturer, 2019-present

University of Texas at Austin School of Law, Austin, TX
Guest Lecturer, 2016-present

Emory University School of Law, Atlanta, GA
Guest Lecturer, 2015-present

Forefront Behavioral Telecare, 2009-2022
Founder and Director of Physician Network Development

Georgia Tech Student Health Services, March-May 2007, September 2008-February 2009
Atlanta, GA 30313
Staff Psychiatrist

Georgia State University Student Health Services, August 2007-June 2008
Atlanta, GA 30303
Staff Psychiatrist

Skyland Trail, July 2006-January 2007
Atlanta, GA 30319
Interim Medical Director

DeKalb Community Service Board, July 2005-February 2007
Decatur, GA 30031
Staff Psychiatrist

**Education:**

Emory University School of Medicine, 2004-2005
Department of Psychiatry and Behavioral Sciences
Atlanta, GA 30322
Forensic Psychiatry Fellowship

Emory University School of Medicine, 2000-2004
Department of Psychiatry and Behavioral Sciences
Atlanta, GA 30322
Adult Psychiatry Residency
Chief Resident at Emory University Hospitals, 2003-2004

State University of New York Health Science Center at Syracuse, 1996-2000
Syracuse, NY 13210
Doctor of Medicine degree, May 2000

Case Western Reserve University (CWRU), 1993-1997
Cleveland, OH 44106
Grade Point Average 3.83 (A= 4.00)
BA in Psychology, senior *in absentia* privilege
Magna Cum Laude

## Certification and Licensure:

Diplomate in Forensic Psychiatry, American Board of Psychiatry and Neurology, 2007, Re-certified 2017
Diplomate in Adult Psychiatry, American Board of Psychiatry and Neurology, 2005, Re-certified 2015
Georgia Medical License, 2002
United States Department of Defense TS/SCI Security Clearance, active
Certified Mediator, California State University, Sacramento, 2008

## Research Experience and Publications:

· "Developmental Impairments in Moral Competence as Mitigation in Capital Cases" Walker, R., Clark, J., Monahan, E.C., Shechet, A., Agharkar, B., Kheibari, A., & Victor, G. [Journal of Behavioral Sciences and the Law 2018; 36:437–456]

· "Traumatic Brain Injury in Criminal Litigation" Stacey Wood, JD, and Bhushan S. Agharkar, MD [84 UMKC L. Rev. 411, Winter 2015]

· "Delusions and False Memories:  Roadblocks to Competency to Stand Trial"  Lloyd Warford, JD, and Bhushan S. Agharkar, MD [82 UMKC L. Rev. 389, Winter 2014]

· "Advantages of DSM-5 in the Diagnosis of Intellectual Disability:  Reduced Reliance in IQ Ceilings in *Atkins* (Death Penalty) Cases"  Nancy Haydt, JD, Stephen Greenspan, PhD, and Bhushan S. Agharkar, MD [82 UMKC L. Rev. 359, Winter 2014]

· "Ethnic and Cultural Factors in Identifying Fetal Alcohol Spectrum Disorders" George W. Woods, MD, Stephen Greenspan, PhD, and Bhushan S. Agharkar, MD, Journal of Psychiatry and Law, Spring 2011

· "Improving Cognition and Treatment Outcomes in Schizophrenia"  Bhushan S. Agharkar, MD [The Psychiatry Report 2004; 2(1): 24-34]

· "Violence While on SSRIs – a Litigation Perspective" poster presentation at American Academy of Psychiatry and the Law conference, October 22, 2004

3

- "Prescribing Conventional Antipsychotics at Two Veterans Administration Hospitals: Are There Geographical Differences?" Prakash S. Masand, MD, Monica Arora, MD, Thomas L. Schwartz, MD, Anil Sharma, MD, Xiaohong Wang, MD, Subhash Bhatia, MD, Jacob Manjooran, MD, William Hardoby, MD, Subhdeep Virk, MD, Daniel J. Kuhles, MPH, Bhushan Agharkar, BA, and Sanjay Gupta, MD [CNS Spectrums 2001; 6(11): 894-896]

- "Prescribing Conventional Antipsychotics in the Era of Novel Antipsychotics: Informed Consent Issues" Prakash S. Masand, Thomas L. Schwartz, Xiaohong Wang, Daniel J. Kuhles, Sanjay Gupta, Bhushan Agharkar, Jacob Manjooran, M. Ahmad Hameed, William Hardoby, Subhdeep Virk, and Bradford Frank. [Am J Ther 2002 Nov-Dec; 9(6):484-7]

- Research Assistant working on the solubilization of the 5-HT2A receptor under Brian Roth, M.D., Ph.D., at Case Western Reserve University (20 hrs/wk, fall 1995)

- Summer Research Fellow in Retrovirology lab under Bernard Poiesz, M.D., at SUNY HSC at Syracuse (40 hrs/wk, 5/1995-8/1995)

- Research Assistant at CWRU, Department of Neurology, Division of Clinical Research (3-5 hrs/wk,1993-1994)

**Presentations:**
- *Trauma and Anxiety in the Primary Care Setting*, Continuing Medical Education lecture, Baptist Health South Florida, Miami, FL, November 15, 2022
- *Stress in the time of COVID-19*, Continuing Medical Education lecture, Baptist Health South Florida, Miami, FL, April 30, 2020
- *Telehealth Modalities to Facilitate Evaluations Globally as well as in Use by Legal Teams for Case Coordination*, International Academy of Mental Health and the Law, Vienna, Austria, July16, 2015
- *Update on Post-Traumatic Stress Disorder*, Continuing Medical Education lecture, Sixth Annual Mental and Behavioral Health Symposium, Baptist Health South Florida, Miami, FL, March 8, 2014
- *Dealing with the Difficult Patient*, Continuing Medical Education lecture, Primary Care Medicine and Neurology Update for the Primary Care Provider, Chattanooga, TN, June 26, 2010
- *Conflict Prevention and Dispute Avoidance through Teambuilding: Can it be transferred to legal/medical teams?*, International Academy of Mental Health and the Law, New York, NY, July 2, 2009
- *Understanding and Treating Bipolar Disorder*, Continuing Education lecture, Pine River Psychotherapy Associates, Atlanta, GA, October 27, 2008

- *Risk Management Issues in Psychiatry*, Grand Rounds, Morehouse School of Medicine, Department of Psychiatry and Behavioral Sciences, Atlanta, GA, February 27, 2008
- *Suicide and Violence Risk Assessment*, Grand Rounds, Morehouse School of Medicine, Department of Psychiatry and Behavioral Sciences, Atlanta, GA, January 23, 2008
- *Suicide Risk Assessment*, Nepalese Association in Southeast America Convention, Atlanta, GA, September 1, 2007
- *Schizophrenia*, Continuing Education lecture, United Behavioral Healthcare, Atlanta, GA, September 28, 2006

**Consultations:**
- United States Department of Defense
- United States Armed Forces
- National Law University, Delhi, India
- 392nd District Court of Henderson County, Texas
- The Clemency Project 2014
- City of Little Rock
- Atlanta Journal Constitution
- Georgia State University
- Federal Bureau of Investigation
- Fulton County Sheriff's Department
- Cobb County School District
- Emory University Hospitals
- Georgia Composite State Board of Medical Examiners
- Georgia Tech Athletic Department
- Arizona Medical Board
- Maricopa County Office of the Attorney General
- Middle District of Alabama, Northern Division

**Professional Society Memberships:**
- American Neuropsychiatric Association
- American Association on Intellectual and Developmental Disabilities
- American Psychiatric Association
- American Academy of Psychiatry and the Law
- Georgia Psychiatric Physicians Association
- American Association of Directors of Psychiatric Residency Training, 2005-2011
- International Academy of Mental Health and the Law
- American Psychological Association, Division 33

**Awards and Honors**:
- Distinguished Fellow, American Psychiatric Association, 2015
- Fellow, American Psychiatric Association, 2011

5

- Phi Beta Kappa
- Honorable Mention, The Joe and Hope Skobba Memorial Award Resident Research Competition, 2005
- Emory University Department of Psychiatry Resident Teaching Award, 2004
- State Farm Foundation Scholarship Recipient (through National Merit Scholarship Corporation), 1993-1997
- Presidential Scholarship Recipient at Case Western Reserve University, 1993-1996
- Psi Chi, National Honor Society in Psychology
- Dean's High Honors List at CWRU, 1993-1996
- Who's Who in American Colleges and Universities, 1996
- USAA All-American Scholar-Athlete, 1995

**Leadership, Teaching, and Volunteer Activities**:
- Georgia Psychiatric Physicians Association (GPPA) Trustee 2006-2007, 2008-2011
- GPPA Ethics Committee, Member 2007-present
- GPPA Distinguished Fellow Nominating Committee, Member 2016-present
- Review Editor, *Frontiers in Forensic Psychiatry,* 2011-present
- Georgia Composite State Board of Medical Examiners, Peer Reviewer, November 2008-present
- Arizona Medical Board, Outside Medical Consultant, 2019-present
- National Institute of Trial Advocacy Training, Golden Gate University School of Law, San Francisco, California, 2008
- The Center for African Peace and Conflict Resolution, College of Health and Human Services, California State University, Sacramento, CA, Member 2008-present
- National Institute of Trial Advocacy Training, Georgia State Law School, Atlanta, Georgia, 2007
- American Academy of Psychiatry and the Law *Private Practice* Committee, Member 2007-2010
- American Academy of Psychiatry and the Law *Forensic Training of Psychiatry Residents* Committee, Member 2007-2010
- American Academy of Psychiatry and the Law *Early Career Development* Committee, Member 2007-2010
- Skyland Trail, Professional Advisory Board, Member 2006-2009
- GPPA Board of Trustees Public Affairs Committee, Chair 2005-2011
- GPPA Board of Trustees Early Career Psychiatrists Committee, Chair 2004-2011
- GPPA co-representative to the Medicare Carrier Advisory Committee, 2003-2004
- Developed, organized and taught weekly seminar series in psychodynamic psychotherapy for medical students in Emory Psychiatry rotations, 2003-2004
- APA ECP Advocacy/Leadership Fellow, 2004
- Emory MIT Trustee to the GPPA Board of Trustees, 2003-2004
- Emory Psychiatry Residents Political Action Committee, Chair 2002-2003
- Blackwell Science Publications, Reviewer 2001-present
- Judo, Brown belt

· GASP and Better Bodies brand ambassador