IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 7:22-cr-931 |
| | ) | |
| vs. | ) | |
| | ) | |
| **CHADRICK ROBINSON** | ) | |

## ESSENTIAL ELEMENTS

### Counts 2-6 – Willful Failure to Pay Minimum Wage

a. Defendant did willfully fail to pay the applicable minimum wage to employees; and
b. Employees were engaged in commerce or employed in an enterprise engaged in commerce covered by the Fair Labor Standards Act

### PENALTIES

FINE OF $10,000.00 (18 U.S.C. § 3571)
IMPRISONMENT OF 6 MONTHS
SUPERVISED RELEASE OF 1 YEAR
SPECIAL ASSESSMENT $25.00 (18 U.S.C. § 3013)

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/*Carrie Fisher Sherard*
Carrie Fisher Sherard
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
(864) 282-2100

May 8, 2024
Greenville, South Carolina