IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

**UNITED STATES OF AMERICA**

VS                                            CR NO. **7:22CR931**

**CHADRICK ROBINSON**

# PLEA

The defendant, **CHADRICK ROBINSON**, pleads **GUILTY** to Counts **2-6** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Greenville, South Carolina
May 9, 2024