IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:22-CR-00931-HMH |
| | ) | |
| v. | ) | **MOTION** |
| | ) | **(To Dismiss Count One)** |
| | ) | |
| CHADRICK ROBINSON | ) | |

COMES NOW the United States of America by and through its counsel and respectfully moves the Court for leave to dismiss Count One against the Defendant, Chadrick Robinson, in the above-entitled case with prejudice, and in support of this motion avers as follows:

On May 9, 2024, Defendant Robinson pled guilty to Counts Two through Six of the indictment now pending against him in federal court. Therefore, the Government moves this Court to dismiss the pending Count as Defendant Robinson has pled guilty to the related charge contained in Counts Two through Six.

                          Respectfully submitted,

                          ADAIR F. BOROUGHS
                          UNITED STATES ATTORNEY

                          By: *[signature]*
                          Carrie Fisher Sherard
                          Assistant United States Attorney
                          55 Beattie Place, Ste 700
                          Greenville, SC 29601
                          864-282-2100

Dated: May 10, 2024